# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00667-CV

### In re State of Texas *ex rel.* David Escamilla, Travis County Attorney

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## O R D E R

**PER CURIAM**

Relator State of Texas *ex rel.* David Escamilla, Travis County Attorney, has filed a petition for writs of prohibition and mandamus and an emergency motion requesting that we stay the trial court proceedings. We grant relator's emergency motion and temporarily stay the trial court proceedings, including the scheduled hearing on real party in interest's application for writ of habeas corpus, pending further order of this Court. In addition, we order the real party in interest to file a response to the petition on or before October 27, 2017.

It is so ordered October 12, 2017.

Before Justices Puryear, Field, and Bourland